**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Joseph Edward Swearingen III, Appellant.

Appellate Case No. 2019-001384

———————————

Appeal From Lexington County
Frank R. Addy, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2021-UP-217
Submitted May 1, 2021 – Filed June 16, 2021

———————————

**APPEAL DISMISSED**

———————————

James Ross Snell, Jr. and Vicki D Koutsogiannis, both of
Law Office Of James R. Snell, Jr., LLC, of Lexington,
for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.